**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In Re:

CLYDE EARL ADAMS
8401 CONNOR RIDGE LANE
CHARLOTTE, NC  28269

Case No: 10-31833

SSN#1 - XXX-XX-9321

Judge: Laura T. Beyer

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**DISMISSED AFTER CONFIRMATION**

This Case was
Commenced on 06/27/2010

The Plan was
Confirmed on  08/25/2010

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtor for the benefit of Creditors:  $41,182.00
Composition Plan.  Minimum payout to unsecured creditors = 1.00%.

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 1,752.33 | 1,752.33 | |
| 1 | | BARBARA L. WHITE | B-Base Attorney Fee(s) | 422.00 | 422.00 | 0.00 |
| 2 | | BARBARA L. WHITE | B-Base Attorney Fee(s) | 2,428.00 | 594.03 | 0.00 |
| 5 | 7 | CAROLINA TRUCK SALES | C-Car (910) | 7,000.00 | 1,679.95 | 1,043.91 |
| 19 | | ASHLEY MEADOWS | D-DSO Arrears | 0.00 | 0.00 | 0.00 |
| 22 | | BARBARA L. WHITE | L-Legal Fees | 450.00 | 39.25 | 0.00 |
| 25 | | BARBARA L. WHITE | L-Legal Fees | 450.00 | 39.25 | 0.00 |
| 26 | | BARBARA L. WHITE | L-Legal Fees | 372.00 | 26.27 | 0.00 |
| 28 | | BARBARA L. WHITE | L-Legal Fees | 200.00 | 14.12 | 0.00 |
| 29 | | BARBARA L. WHITE | L-Legal Fees | 200.00 | 14.12 | 0.00 |
| 31 | | BARBARA L. WHITE | L-Legal Fees | 200.00 | 2.56 | 0.00 |
| 4 | 9 | CITIMORTGAGE INC | M-Mortgage/Lease | 0.00 | 0.00 | 0.00 |
| 8 | 11 | WELLS FARGO BANK | M-Mortgage/Lease | 0.00 | 34,315.60 | 0.00 |
| 7 | 11 | WELLS FARGO BANK | N-Mortgage/Lease Arrears | 8,079.41 | 704.66 | 0.00 |
| 3 | 9 | CITIMORTGAGE INC | N-Mortgage/Lease Arrears | 533.95 | 533.95 | 0.00 |
| 23 | 12 | INTERNAL REVENUE SERVICE | P-Priority | 1,473.34 | 0.00 | 0.00 |
| 20 | | ASHLEY MEADOWS | R-DSO On-going | 0.00 | 0.00 | 0.00 |
| 11 | 4 | BANK OF AMERICA NA | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 12 | 6 | VANDA LLC | U-Unsecured | 8,267.85 | 0.00 | 0.00 |
| 13 | 5 | WORLD FINANCIAL NETWORK NATIONA | U-Unsecured | 153.98 | 0.00 | 0.00 |
| 14 | | FIFTH THIRD BANK | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 15 | | FIRST CHARTER | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 16 | 10 | SUNTRUST BANK | U-Unsecured | 6,412.71 | 0.00 | 0.00 |
| 17 | | J. TODD BULLARD, DDS | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 6 | 1 | ES EQUIPMENT FINANCE TRUST | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 9 | 3 | BELCO COMMUNITY CREDIT UNION | U-Unsecured | 4,961.67 | 0.00 | 0.00 |
| 10 | 2 | BELCO COMMUNITY CREDIT UNION | U-Unsecured | 3,005.40 | 0.00 | 0.00 |
| 21 | 8 | PRA RECEIVABLES MANAGEMENT LLC | U-Unsecured | 10,450.46 | 0.00 | 0.00 |
| 24 | 12 | INTERNAL REVENUE SERVICE | U-Unsecured | 641.55 | 0.00 | 0.00 |
| 27 | 1 | ES EQUIPMENT FINANCE TRUST | U-Unsecured | 22,143.43 | 0.00 | 0.00 |
| 30 | | ROGERS TOWNSEND & THOMAS PC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 18 | | KEVIN LONG | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | Totals | $79,598.08 | $40,138.09 | $1,043.91 |

Case No.  10-31833    CLYDE EARL ADAMS

   WHEREFORE,  your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on  January 09, 2015.

/s/  Warren L. Tadlock

Warren L. Tadlock, Trustee

M.  Greene
Office of the Chapter 13 Trustee

CLYDE EARL ADAMS, 8401 CONNOR RIDGE LANE,   CHARLOTTE, NC  28269

Total Served: 1